IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GULF RESTORATION NETWORK, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:18-cv-01674-RBW |
| v. ) | |
| ) | |
| RYAN ZINKE, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF NO POSITION ON MOTIONS TO INTERVENE**

Defendants, Ryan Zinke, in his official capacity as Secretary of the U.S. Department of the Interior; Joseph R. Balash, in his official capacity as the Assistant Secretary for Land and Minerals Management; the U.S. Department of Interior; and the Bureau of Ocean Energy Management, hereby give notice that they take no position on the motions to intervene filed by American Petroleum Institute, ECF No. 23, and Chevron U.S.A., Inc., ECF No. 28.

Respectfully submitted on this 30th day of October, 2018.

        JEFFREY H. WOOD
        Acting Assistant Attorney General
        Environment and Natural Resources Division
        U.S. Department of Justice

        */s/ Thomas W. Ports, Jr.*
        Thomas W. Ports, Jr. (DC Bar 1018184)
        Trial Attorney
        U.S. Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044-7611
        (202) 514-0492 (office)
        (202) 305-0506 (fax)
        thomas.ports.jr@usdoj.gov

        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on October 30, 2018, I filed the foregoing Motion using the Court's ECF system, which will provide service to all counsel of record.

*/s/ Thomas W. Ports, Jr.*
Thomas W. Ports, Jr. (DC Bar 1018184)
Attorney for Federal Defendants
