UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GULF RESTORATION NETWORK, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| DAVID BERNHARDT,[1] et al., | ) ) ) ) ) | Civil Action No. 18–1674 (RBW) |
| Defendants, | ) ) ) | |
| AMERICAN PETROLEUM INSTITUTE, et al., | ) ) ) ) | |
| Intervenor-Defendants. | ) ) | |

**ORDER**

Upon consideration of the parties' Joint Proposed Briefing Schedule, ECF No. 39, and for good cause shown, it is hereby

**ORDERED** that, on or before February 15, 2019, the plaintiffs shall file their motion for summary judgment. It is further

**ORDERED** that, on or before March 25, 2019, the federal defendants shall file their cross-motion for summary judgment and opposition to the plaintiffs' motion for summary judgment. It is further

**ORDERED** that, on or before April 1, 2019, the intervenors shall file any motions or briefs in support of or in opposition to summary judgment. It is further

---

[1] David Bernhardt is the Acting Secretary of the United States Department of the Interior and is therefore substituted for Ryan Zinke as the proper party defendant pursuant to Federal Rule of Civil Procedure 25(d).

**ORDERED** that, on or before May 1, 2019, the plaintiffs shall file their combined reply in support of their motion for summary judgment and opposition to the federal defendants' cross-motion for summary judgment.  It is further

**ORDERED** that, on or before May 22, 2019, the federal defendants shall file their reply in support of their cross-motion for summary judgment.  It is further

**ORDERED** that, on or before May 30, 2019, the intervenors shall file any reply brief.  It is further

**ORDERED** that, on or before June 11, 2019, the parties shall file the joint appendix containing the portions of the administrative record cited to or relied upon in the motions for summary judgment briefing.  It is further

**ORDERED** that the parties shall appear before the Court for a status conference on September 9, 2019, at 10:30 a.m.

**SO ORDERED** this 11th day of February, 2019.

REGGIE B. WALTON<br>United States District Judge