## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GULF RESTORATION NETWORK, et al., | Civil Action No. 18-01674-RBW |
| *Plaintiffs*, | Hon. Reggie B. Walton |
| v. | |
| DAVID BERNHARDT, et al., | |
| *Defendants,* | |
| and | |
| AMERICAN PETROLEUM INSTITUTE, et al., | |
| *Intervenor-Defendants.* | |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND  REQUEST FOR A HEARING

Plaintiffs Gulf Restoration Network, Sierra Club, and Center for Biological Diversity

("Plaintiffs") respectfully move under Federal Rule of Civil Procedure 56 and Local Civil Rule

7(h) for entry of summary judgment in their favor on both counts of the Complaint (ECF No. 1),

declaring that Defendants David Bernhardt, Acting Secretary of the Interior, Joseph R. Balash,

the Assistant Secretary of the Interior for Land and Minerals Management, the U.S. Department

of the Interior, and the Bureau of Ocean Energy Management (collectively "Defendants")

violated the National Environmental Policy Act and the Administrative Procedure Act when

taking final action to hold Offshore Lease Sales 250 and 251.  Defendants decisions to offer the

two region-wide oil and gas lease sales to private companies for bid was based on an unlawful

assessment of the sales' environmental effects that: (1) failed to evaluate a true "no action" alternative by irrationally assuming that not holding a lease sale (taking no action) would have the same overall environmental effects as holding the lease sales, and (2) failed to take a hard look at the environmental effects of its proposed actions by incorrectly assuming that nonexistent safety regulations and enforcement of those regulations, as well as outdated royalty rates, would minimize the sales' risks to and effects on the environment.

Plaintiffs attach a Memorandum of Points and Authorities in support of this Motion for Summary Judgment, and a Proposed Order.  Plaintiffs respectfully request that the Court schedule a hearing on this motion at its earliest convenience after the conclusion of briefing pursuant to Local Rule 7(f).

Respectfully submitted this 15th day of February, 2019.

/s/ Stephen D. Mashuda
Stephen D. Mashuda (DC Bar No. WA0005)
Christopher D. Eaton (*pro hac vice*)
EARTHJUSTICE
705 Second Ave., Suite 203
Seattle, WA 98104
206-343-7340 Telephone
206-343-1526 Fax
smashuda@earthjustice.org
ceaton@earthjustice.org

Brettny Hardy (*pro hac vice*)
EARTHJUSTICE
50 California St., Suite 500
San Francisco, CA 94111
415-217-2000 Telephone
415-217-2040 Fax
bhardy@earthjustice.org

*Attorneys for Plaintiffs Gulf Restoration Network, Sierra Club, and Center for Biological Diversity*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2019, I caused the foregoing to be filed and served upon counsel of record via the Court's CM/ECF filing system, which will send notice of such to all counsel of record.

*/s/* Stephen D. Mashuda
Stephen D. Mashuda