# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GULF RESTORATION NETWORK, SIERRA CLUB, and CENTER FOR BIOLOGICAL DIVERSITY<br><br>*Plaintiffs*,<br><br>v.<br><br>RYAN ZINKE, in his official capacity as SECRETARY OF THE INTERIOR, JOSEPH R. BALASH, in his official capacity as ASSISTANT SECRETARY OF THE INTERIOR FOR LAND AND MINERALS MANAGEMENT, U.S. DEPARTMENT OF THE INTERIOR, and BUREAU OF OCEAN ENERGY MANAGEMENT,<br><br>*Defendants,*<br><br>and<br><br>CHEVRON U.S.A. INC.,<br><br>*Intervenor/Defendants.* | Civil Action No. 18-cv-01674 |

**CHEVRON U.S.A. INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Charles J. Engel, III (D.C. Bar 359482)
Nikesh Jindal (D.C. Bar 492008)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
tengle@kslaw.com
njindal@kslaw.com

John C. Martin (D.C. Bar 358679)
Susan Mathiascheck (D.C. Bar 426754)
Sarah C. Bordelon (D.C. Bar 987135)
HOLLAND & HART, LLP
975 F Street, NW
Washington, D.C. 20004
Telephone: (202) 654-6915
Facsimile: (202) 393-6551
jcmartin@hollandhart.com
smmathiascheck@hollandhart.com
scbordelon@hollandhart.com

*Attorneys for Chevron U.S.A. Inc.*

Pursuant to Federal Rule of Civil Procedure 56, the Court's General Order for Civil Cases, ECF No. 14, and the Amended Scheduling Order, ECF No. 44, Defendant-Intervenor Chevron U.S.A. Inc. hereby cross-moves for summary judgment on both of Plaintiffs' claims for the reasons stated in the attached Memorandum of Points and Authorities.

Respectfully submitted this 15th day of April, 2019.

/s/ Charles J. Engel
Charles J. Engel, III (D.C. Bar 359482)
Nikesh Jindal (D.C. Bar 492008)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
tengel@kslaw.com
njindal@kslaw.com

/s/ John C. Martin
John C. Martin (D.C. Bar 358679)
Susan Mathiascheck (D.C. Bar 426754)
Sarah C. Bordelon (D.C. Bar 987135)
Holland & Hart, LLP
975 F Street, NW
Washington, D.C. 20004
JCMartin@hollandhart.com
SMMathiascheck@hollandhart.com
SCBordelon@hollandhart.com
Telephone:  (202) 654-6915
Facsimile:  (202) 393-6551

***Attorneys for Chevron U.S.A. Inc.***

# CERTIFICATE OF SERVICE

I certify that on this 15th day of April, 2019, I caused a true and correct copy of the foregoing to be filed with the Court electronically, with a courtesy copy to chambers, and served by the Court's CM/ECF System upon the listed counsel of record:

| | |
|---|---|
| Christopher D. Eaton<br>Stephen D. Mashuda<br>Earthjustice<br>705 Second Ave., Suite 203<br>Seattle, WA 98104<br>Tel:  (206) 343-7340<br>Fax:  (206)343-1526<br>ceaton@earthjustice.org<br>smashuda@earthjustice.org<br><br>*Counsel for Plaintiffs* | Thomas Ports, Jr.<br>Environmental & Natural Resources Division<br>United States Department of Justice<br>Washington, D.C. 20044<br>Tel:  (202) 305-0492<br>Thomas.Ports.Jr@usdoj.gov<br><br>*Counsel for Federal Defendants* |
| Brettny Elaine Hardy<br>Earthjustice<br>50 California St., Suite 500<br>San Francisco, CA 94111<br>Tel:  (415) 217-2142<br>Fax:  (415) 217-2040<br>bhardy@earthjustice.org<br><br>*Counsel for Plaintiffs* | Steven J. Rosenbaum<br>Bradley K. Ervin<br>Covington & Burling LLP<br>One CityCenter<br>850 Tenth St., N.W.<br>Washington, D.C. 20001<br>Tel:  (202) 662-6000<br>Fax:  (202) 662-6291<br>srosenbaum@cov.com<br>bervin@cov.com<br><br>*Counsel for Intervenor American Petroleum Insitute* |

/s/  Sarah C. Bordelon
Sarah C. Bordelon