**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| GULF RESTORATION NETWORK, <u>et al.</u>, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID BERNHARDT, in his official capacity | ) | |
| as Secretary of the United States Department | ) | |
| of the Interior, <u>et al.</u>, | ) | |
| | ) | |
| | ) | Civil Action No. 18-1674 (RBW) |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| AMERICAN PETROLEUM INSTITUTE, | ) | |
| <u>et al.</u>, | ) | |
| | ) | |
| Intervenor-Defendants. | ) | |
| | ) | |
| | ) | |
| HEALTHY GULF, <u>et al.</u>, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-707 (RBW) |
| | ) | |
| DAVID BERNHARDT, in his official capacity | ) | |
| as Secretary of the United States Department | ) | |
| of the Interior, <u>et al.</u>, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>ORDER</u>

In accordance with the oral rulings issued by the Court at the status conference held on

June 10, 2019, it is hereby

**ORDERED** that the deadline for the defendants to answer or otherwise respond to the Complaint and all other pending deadlines in <u>Healthy Gulf v. Bernhardt</u>, Civ. Action No. 19-707, are **VACATED** pending further order of the Court.  It is further

**ORDERED** that the Motion of the American Petroleum Institute for Leave to Intervene as a Defendant, <u>Healthy Gulf v. Bernhardt</u>, Civ. Action No. 19-707, ECF No. 16, is **GRANTED**. It is further

**ORDERED** that Chevron U.S.A. Inc.'s Motion to Intervene in Support of Defendants, <u>Healthy Gulf v. Bernhardt</u>, Civ. Action No. 19-707, ECF No. 19, is **GRANTED**.  It is further

**ORDERED** that the Clerk of the Court shall amend the caption in <u>Healthy Gulf v. Bernhardt</u>, Civ. Action No. 19-707, to reflect the addition of the intervenor-defendants.  It is further

**ORDERED** that the [Proposed] Answer, Defenses, and Affirmative Defenses of Defendant-Intervenor American Petroleum Institute, <u>Healthy Gulf v. Bernhardt</u>, Civ. Action No. 19-707, ECF No. 16-1, is **ACCEPTED AS FILED** and the Clerk of the Court shall file it as a separate entry on the docket.  It is further

**ORDERED** that Chevron U.S.A. Inc.'s Proposed Answer, Defenses, and Affirmative Defenses to Plaintiff's Complaint and Declaratory and Injunction Relief, <u>Healthy Gulf v. Bernhardt</u>, Civ. Action No. 19-707, ECF No. 19-1, is **ACCEPTED AS FILED** and the Clerk of the Court shall file it as a separate entry on the docket.  It is further

**ORDERED** that any briefs filed by the American Petroleum Institute ("API") or Chevron U.S.A. Inc. ("Chevron") in support of or in opposition to any dispositive motion in <u>Healthy Gulf v. Bernhardt</u>, Civ. Action No. 19-707, shall not exceed twenty (20) pages, unless otherwise authorized by the Court.  It is further

**ORDERED** that any reply briefs filed by API or Chevron in <u>Healthy Gulf v. Bernhardt</u>, Civ. Action No. 19-707, shall not exceed ten (10) pages, unless otherwise authorized by the Court.  It is further

**ORDERED** that the status conference currently scheduled for September 9, 2019, in <u>Gulf Restoration Network v. Bernhardt</u>, Civ. Action No. 18-1674, is **CONTINUED** to November 15, 2019, at 9:00 a.m.

**SO ORDERED** this 10th day of June, 2019.

REGGIE B. WALTON
United States District Judge